UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| RAMIREZ, BALTAZAR | § § § § | Case No. 14-15690 |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/25/2014. The undersigned trustee was appointed on 04/25/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 100,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 8,168.97 |
| Administrative Expenses | | 34,612.82 |
| Bank Service Fees | | 222.11 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 15,000.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 41,996.10 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 11/13/2014 and the deadline for filing governmental claims was 11/13/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

      7. The Trustee's proposed distribution is attached as **Exhibit D.**

      8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $ ,    .0 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $6,867.04, for a total compensation of $6,867.04. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $5.00 for total expenses of $5.00

    Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date : 04/07/2017     By : /s/ Elizabeth Berg
                                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 14-15690 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | RAMIREZ, BALTAZAR | | | Date Filed (f) or Converted (c): | 04/25/2014 (f) |
| | | | | 341(a) Meeting Date: | 05/19/2014 |
| For Period Ending: 04/07/2017 | | | | Claims Bar Date: | 11/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Checking account with Harris Bank | 10.00 | 0.00 | | 0.00 | FA |
| 2. Household goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. Books, CD's, DVD's, Pictures | 50.00 | 0.00 | | 0.00 | FA |
| 4. Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | FA |
| 5. Watch | 65.00 | 0.00 | | 0.00 | FA |
| 6. Pension w/ Employer/Former Employer (100% exempt) | Unknown | 0.00 | | 0.00 | FA |
| 7. Personal injury claim due to a car accident | Unknown | 51,589.19 | | 100,000.00 | FA |
| 8. 2004 Ford F-150 with over 120,000 miles | 3,553.00 | 0.00 | | 0.00 | FA |
| **TOTALS (Excluding Unknown Values)** | **4,928.00** | **51,589.19** | | **100,000.00** | **Gross Value of Remaining Assets** **0.00** |

Re Prop. #7   Trustee retained special counsel.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**March 22, 2017:** Trustee negotiated a settlement of the PI Claim as well as resolution of the medical lien claims asserted. The Trustee's motion to approve the proposed settlement and payment of the lien claims and special counsel fees and expenses was approved by this Court on November 21, 2016 [dkt. 25]. Trustee made distribution to the Debtor on account of his allowed exemption and paid administrative claimants and lien claims per the 11/21/16 order. Trustee reviewed and verified the validity of the unsecured claims filed against the Estate. Trustee prepared her TFR.

**October 15, 2016:** Defendant's insurer has offered policy limits and tort feasor deemed uncollectible. Special counsel is resolving subrogation and medical liens. Following lien resolution, Trustee will seek bankruptcy court approval to settle the PI Claim. Upon receipt of the settlement proceeds, Trustee will pay allowed lien and administrative claims. Thereafter, Trustee review claims and prepare to close the case.

**July 5, 2016:** Trustee continues to monitor PI Claim.

UST Form 101-7-TFR (5/1/2011) (Page 1)                                                                                                      Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 14-15690 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: RAMIREZ, BALTAZAR | | Date Filed (f) or Converted (c): 04/25/2014 (f) |
| | | 341(a) Meeting Date: 05/19/2014 |
| For Period Ending: 04/07/2017 | | Claims Bar Date: 11/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**September 30, 2015:** Trustee retained special counsel to pursue the estate's interest in a personal injury claim arising from a pre-petition automobile accident (PI Claim).  Special counsel filed a complaint against three defendants to recover damages as a result of the PI Claim.  All three defendants have been served.  No appearance has been filed.  Trustee is monitoring the lawsuit and working with special counsel to liquidate the PI Claim.

**Initial Projected Date of Final Report(TFR) :** 12/31/2017     **Current Projected Date of Final Report(TFR) :** 06/30/2017

**Trustee's Signature**    /s/Elizabeth C Berg     **Date:** 04/07/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

UST Form 101-7-TFR (5/1/2011) (Page 2)                                                                                                                    **Exhibit A**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-15690 | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|
| Case Name: | RAMIREZ, BALTAZAR | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5237 Checking Account |
| Taxpayer ID No: | **-***8355 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/7/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/07/2016 | [7] | Allstate | Settlement proceeds for PI claim (per order 11/21/16 [dkt 25]) | 1142-000 | 100,000.00 | | 100,000.00 |
| 12/09/2016 | 51001 | Collison Law Offices<br>Robert Fink<br>19 S. LaSalle Street, 14th Floor<br>Chicago, IL 60603 | Special Counsel - Final Compensation<br>Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 3210-600 | | 16,666.67 | 83,333.33 |
| 12/09/2016 | 51002 | Geraci Aerola & Hernandez, LLC<br>c/o Mario Aerola<br>Chicago, IL | Special Counsel - Final Compensation<br>Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 3210-600 | | 16,666.67 | 66,666.66 |
| 12/09/2016 | 51003 | Collison Law Offices<br>Robert Fink<br>19 S. LaSalle Street, 14th Floor<br>Chicago, IL 60603 | Special Counsel - Expenses Reimbursement<br>Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 3220-610 | | 1,257.73 | 65,408.93 |
| 12/09/2016 | 51004 | Blue Cross Blue Shield of Illinois<br>c/o Health Care Service Corp.<br>25552 Network Place<br>Chicago, IL 60673-1255 | Disb of Health Care Lien Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 4220-000 | | 1,389.97 | 64,018.96 |
| 12/09/2016 | 51005 | Delnor Community Hospital<br>c/o Neil J. Greene, LLC<br>250 Parkway Drive, Ste. 160<br>Lincolnshire, IL 60069-4300 | Disb of Health Care Lien Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 4220-000 | | 1,779.00 | 62,239.96 |
| | | | Page Subtotals | | 100,000.00 | 37,760.04 | |

UST Form 101-7-TFR (5/1/2011) (Page 1)                                                                                                                                            Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-15690 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | RAMIREZ, BALTAZAR | Bank Name: | Texas Capital Bank |
|  |  | Account Number/CD#: | ******5237 Checking Account |
| Taxpayer ID No: | **-***8355 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/7/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/09/2016 | 51006 | Fox Valley Orthopaedic Institute<br>2525 Kaneville Rd<br>Geneva, IL 60134 | Disb of Health Care Lien Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 4220-000 | | 1,000.00 | 61,239.96 |
| 12/09/2016 | 51007 | The Rawlings Company<br>Attn: Debra A. Fox<br>Ref 76444285 Subrog Div.<br>P.O. Box 2000<br>LaGrange, KY 40031-2000 | Disb of Health Care Lien - Reference No. 76444285 Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 4220-000 | | 4,000.00 | 57,239.96 |
| 12/09/2016 | 51008 | Ramirez, Baltazar | Debtor's PI Exemption<br>Trustee authorized to pay per order 11/21/16 [dkt 25] | 8100-002 | | 15,000.00 | 42,239.96 |
| 01/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 76.95 | 42,163.01 |
| 02/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 82.21 | 42,080.80 |
| 02/08/2017 | 51009 | International Sureties, Ltd. | 2017 Bond Premium - #016073584 | 2300-000 | | 21.75 | 42,059.05 |
| | | | Page Subtotals | | 0.00 | 20,180.91 | |

UST Form 101-7-TFR (5/1/2011) (Page 2)

Exhibit B

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 14-15690 | Trustee Name: Elizabeth C Berg |
| Case Name: RAMIREZ, BALTAZAR | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5237 Checking Account |
| Taxpayer ID No: **-***8355 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 4/7/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 62.95 | 41,996.10 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 62.95 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 100,000.00 | 58,003.90 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 100,000.00 | 58,003.90 |
| Less: Payments to Debtors | | 15,000.00 |
| **Net** | 100,000.00 | 43,003.90 |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 100,000.00 | | |
| All Accounts Gross Disbursements: | 58,003.90 | | |
| All Accounts Net: | 41,996.10 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5237 Checking Account | 100,000.00 | 58,003.90 | |
| **NetTotals** | 100,000.00 | 58,003.90 | 41,996.10 |

Case: 14-15690  
RAMIREZ, BALTAZAR

CLAIMS REGISTER

Elizabeth C Berg Trustee  
Dated: Apr 07, 2017

EXHIBIT C

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100-000<br>ADMIN | Valid To Pay | 6,867.04 | 6,867.04 | 0.00 | 6,867.04 | 0.00 |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2200-000<br>ADMIN | Valid To Pay | 5.00 | 5.00 | 0.00 | 5.00 | 0.00 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110-000<br>ADMIN | Valid To Pay | 7,650.00 | 7,650.00 | 0.00 | 7,650.00 | 0.00 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3120-000<br>ADMIN | Valid To Pay | 35.89 | 35.89 | 0.00 | 35.89 | 0.00 |
| | Geraci Aerola & Hernandez, LLC<br>c/o Mario Aerola<br>Chicago, IL | 3210-600<br>ADMIN | Valid To Pay | 16,666.67 | 16,666.67 | 16,666.67 | 0.00 | 0.00 |
| | Collison Law Offices<br>Robert Fink<br>19 S. LaSalle Street, 14th Floor<br>Chicago, IL 60603 | 3210-600<br>ADMIN | Valid To Pay | 16,666.67 | 16,666.67 | 16,666.67 | 0.00 | 0.00 |
| | Collison Law Offices<br>Robert Fink<br>19 S. LaSalle Street, 14th Floor<br>Chicago, IL 60603 | 3220-610<br>ADMIN | Valid To Pay | 1,257.73 | 1,257.73 | 1,257.73 | 0.00 | 0.00 |
| **ADMINISTRATIVE TOTAL** | | | | **49,149.00** | **49,149.00** | **34,591.07** | **14,557.93** | **0.00** |

Case: 14-15690  
RAMIREZ, BALTAZAR

CLAIMS REGISTER

Elizabeth C Berg Trustee  
Dated: Apr 07, 2017

EXHIBIT  C

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---|---|---|---|---|
|  | The Rawlings Company<br>Attn: Debra A. Fox<br>Ref 76444285 Subrog Div.<br>P.O. Box 2000<br>LaGrange, KY 40031-2000 | 4220-000<br>SEC | Valid To Pay | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|  | Fox Valley Orthopaedic Institute<br>2525 Kaneville Rd<br>Geneva, IL 60134 | 4220-000<br>SEC | Valid To Pay | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|  | Delnor Community Hospital<br>c/o Neil J. Greene, LLC<br>250 Parkway Drive, Ste. 160<br>Lincolnshire, IL 60069-4300 | 4220-000<br>SEC | Valid To Pay | 1,779.00 | 1,779.00 | 1,779.00 | 0.00 | 0.00 |
|  | Blue Cross Blue Shield of Illinois<br>c/o Health Care Service Corp.<br>25552 Network Place<br>Chicago, IL 60673-1255 | 4220-000<br>SEC | Valid To Pay | 1,389.97 | 1,389.97 | 1,389.97 | 0.00 | 0.00 |
| **SECURED TOTAL** |  |  |  | **8,168.97** | **8,168.97** | **8,168.97** | **0.00** | **0.00** |

Case: 14-15690  
RAMIREZ, BALTAZAR

CLAIMS REGISTER

Elizabeth C Berg Trustee  
Dated: Apr 07, 2017  
EXHIBIT C

| Claim No. | Creditor | UTC / Class | Status | Proof of Claim | Allowed Amount | Previously Paid | Prop. Payment Prop. Interest | Remaining Balance |
|---|---|---|---|---:|---:|---:|---:|---:|
|  | Ramirez, Baltazar | 8100-000 -ŒU hu | Valid To Pay | 0.00 | 15,000.00 | 15,000.00 | 0.00 | 0.00 |
| 1 | Asset Acceptance LLC assignee Sears<br>P. O. Box 2036<br>Warren, MI 48090 | 7100-000 UNSEC | Valid To Pay | 9,760.43 | 9,760.43 | 0.00 | 9,760.43<br>33.27 (i) | 0.00 |
| 2 | American InfoSource LP as agent for<br>DIRECT TV<br>P. O. Box 51178<br>Los Angeles, CA 90051-5478 | 7100-000 UNSEC | Valid To Pay | 456.99 | 456.99 | 0.00 | 456.99<br>1.56 (i) | 0.00 |
| 3 | Portfolio Recovery Assoicates, LLC<br>Successor to Synchrony Bank (Care Credit)<br>POB 41067<br>Norfolk, VA 23541 | 7100-000 UNSEC | Valid To Pay | 783.72 | 783.72 | 0.00 | 783.72<br>2.67 (i) | 0.00 |
| 4 | Portfolio Recovery Associates LLC<br>Successor to Citibank<br>P. O. Box 41067<br>Norfolk, VA 23541 | 7100-000 UNSEC | Valid To Pay | 3,727.67 | 3,727.67 | 0.00 | 3,727.67<br>12.71 (i) | 0.00 |
| 9999 | RAMIREZ, BALTAZAR<br>AURORA, IL 60505 | 8200-002 oykhŒyo | Valid To Pay | 12,659.15 | 12,659.15 | 0.00 | 12,659.15 | 0.00 |

**UNSECURED TOTAL**  27,387.96   42,387.96   15,000.00   27,387.96   0.00  
50.21 (i)

**REPORT TOTALS** **84,705.93** **99,705.93** **57,760.04** **41,945.89** **0.00**

**50.21  (i)**

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:   14-15690
Case Name:  RAMIREZ, BALTAZAR

Trustee Name:   Elizabeth C Berg

Balance on Hand                                                                     $41,996.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of | Interim Payment to | Proposed Payment |
|---|---|---|---|---|---|
| | Blue Cross Blue Shield of Illinois | $ 1,389.97 | $ 1,389.97 | $ 1,389.97 | $ 0.00 |
| | Delnor Community Hospital | $ 1,779.00 | $ 1,779.00 | $ 1,779.00 | $ 0.00 |
| | Fox Valley Orthopaedic Institute | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| | The Rawlings Company | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 0.00 |

Total to be paid to secured creditors                                              $      0.00
Remaining Balance                                                                   $ 41,996.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:     Elizabeth C. Berg, Trustee | $ 6,867.04 | $ 0.00 | $ 6,867.04 |
| Trustee, Expenses:     Elizabeth C. Berg, Trustee | $ 5.00 | $ 0.00 | $ 5.00 |
| Attorney for Trustee, Fees:  Baldi Berg, Ltd. | $ 7,650.00 | $ 0.00 | $ 7,650.00 |
| Attorney for Trustee, Expenses:  Baldi Berg, Ltd. | $ 35.89 | $ 0.00 | $ 35.89 |
| Other:  Collison Law Offices | $ 16,666.67 | $ 16,666.67 | $ 0.00 |
| Other:  Geraci Aerola & Hernandez, LLC | $ 16,666.67 | $ 16,666.67 | $ 0.00 |
| Other:  Collison Law Offices | $ 1,257.73 | $ 1,257.73 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses                             $ 14,557.93
Remaining Balance                                                                   $ 27,438.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,728.81 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC assignee | $ 9,760.43 | $ 0.00 | $ 9,760.43 |
| 2 | American InfoSource LP as agent for | $ 456.99 | $ 0.00 | $ 456.99 |
| 3 | Portfolio Recovery Assoicates, LLC | $ 783.72 | $ 0.00 | $ 783.72 |
| 4 | Portfolio Recovery Associates LLC | $ 3,727.67 | $ 0.00 | $ 3,727.67 |
| Total to be paid to timely general unsecured creditors | | | | $ 14,728.81 |
| Remaining Balance | | | | $ 12,709.36 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.11% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $50.21. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest

The amount of surplus returned to the debtor after payment of all claims and interest is $12,659.15.