**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 14-15690 |
| Baltazar Ramirez, | ) | |
| | ) | Hon. Janet S. Baer |
| Debtor. | ) | |
| | ) | Hearing Date: June 9, 2017 |
| | ) | Hearing Time: 11:00 A.M. |

**CERTIFICATE OF SERVICE**

    I, Elizabeth C. Berg, Trustee, hereby certify that I caused a true and correct copy of the attached **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR),** to be served on the persons on the attached service list at their respective addresses via first class mail, postage prepaid as indicated, on May 10, 2017.

        /s/Elizabeth C. Berg, Trustee
Elizabeth C. Berg, Trustee
20 N. Clark St. #200
Chicago, IL 60602
(312) 726-8150

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 14-15690
RAMIREZ, BALTAZAR §
  §
  §
Debtors(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at:

11:00 a.m. on Friday, June 9, 2017
in Courtroom 240 of the Kane County Courthouse
100 South Third Street, Geneva, Illinois 60134

Date Mailed: 05/10/2017        By : /s/ Elizabeth Berg
                                    Trustee

Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602

UST Form 101-7-NFR (10/1/2010)(Page 1 )

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
RAMIREZ, BALTAZAR § Case No. 14-15690
 §
 §
 §
Debtors(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 58,003.90 |
| leaving a balance on hand of: | $ | 41,996.10 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| | Blue Cross Blue Shield of Illinois | $ 1,389.97 | $ 1,389.97 | $ 1,389.97 | $ 0.00 |
| | Delnor Community Hospital | $ 1,779.00 | $ 1,779.00 | $ 1,779.00 | $ 0.00 |
| | Fox Valley Orthopaedic Institute | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| | The Rawlings Company | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 0.00 |
| Total to be paid to secured creditors | | | | $ | 0.00 |
| Remaining Balance | | | | $ | 41,996.10 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

UST Form 101-7-NFR (10/1/2010)(Page 2 )

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:  Elizabeth C. Berg, Trustee | $ 6,867.04 | $ 0.00 | $ 6,867.04 |
| Trustee, Expenses:  Elizabeth C. Berg, Trustee | $ 5.00 | $ 0.00 | $ 5.00 |
| Attorney for Trustee, Fees:  Baldi Berg, Ltd. | $ 7,650.00 | $ 0.00 | $ 7,650.00 |
| Attorney for Trustee, Expenses:  Baldi Berg, Ltd. | $ 35.89 | $ 0.00 | $ 35.89 |
| Other:  Collison Law Offices | $ 16,666.67 | $ 16,666.67 | $ 0.00 |
| Other:  Geraci Aerola & Hernandez, LLC | $ 16,666.67 | $ 16,666.67 | $ 0.00 |
| Other:  Collison Law Offices | $ 1,257.73 | $ 1,257.73 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses                $ 14,557.93

Remaining Balance                $ 27,438.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,728.81 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-NFR (10/1/2010)(Page 3 )

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC assignee | $ 9,760.43 | $ 0.00 | $ 9,760.43 |
| 2 | American InfoSource LP as agent for | $ 456.99 | $ 0.00 | $ 456.99 |
| 3 | Portfolio Recovery Assoicates, LLC | $ 783.72 | $ 0.00 | $ 783.72 |
| 4 | Portfolio Recovery Associates LLC | $ 3,727.67 | $ 0.00 | $ 3,727.67 |
| | Total to be paid to timely general unsecured creditors | | | $ 14,728.81 |
| | Remaining Balance | | | $ 12,709.36 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.11% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $50.21. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest

The amount of surplus returned to the debtor after payment of all claims and interest is $12,659.15.

Prepared By: /s/ Elizabeth Berg
Trustee

Elizabeth C Berg
20 N. Clark St., Suite 200

UST Form 101-7-NFR (10/1/2010)(Page 4 )

Chicago, IL 60602

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# **SERVICE LIST**

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA 90051-5478

Asset Acceptance LLC assignee Sears/Citibank
Midland Credit Management, Inc
as agent for Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

Portfolio Recovery Associates, LLC
Successor to CITIBANK, N.A. (SEARS)
POB 41067
Norfolk, VA 23541

Portfolio Recovery Associates, LLC
Successor to GENERAL ELECTRIC CAPITAL CO
POB 41067
Norfolk, VA 23541

Baltazar Ramirez
1710 Llily Street
Aurora, IL 60505-1316