UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
RAMIREZ, BALTAZAR § Case No. 14-15690
§
Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,153.00 (Without deducting any secured claims) | Assets Exempt: $18,775.00 |
| Total Distributions to Claimants: $22,947.99 | Claims Discharged Without Payment: $74,826.00 |
| Total Expenses of Administration: $49,392.86 | |

    3) Total gross receipts of $100,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $27,659.15 (see **Exhibit 2**), yielded net receipts of $72,340.85 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $8,168.97 | $8,168.97 | $8,168.97 |
| PRIORITY CLAIMS: <br> CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $63,126.94 | $49,392.86 | $49,392.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $74,826.00 | $14,728.81 | $14,728.81 | $14,779.02 |
| TOTAL DISBURSEMENTS | $74,826.00 | $86,024.72 | $72,290.64 | $72,340.85 |

   4) This case was originally filed under chapter 7 on 04/25/2014. The case was pending for 39 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    07/20/2017                    By :    /s/ Elizabeth C Berg
                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim due to a car accident | 1142-000 | $100,000.00 |
| **TOTAL GROSS RECEIPTS** | | $100,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Ramirez, Baltazar | | 8100-002 | $15,000.00 |
| RAMIREZ, BALTAZAR | Disb of 100.00% to Claim #9999 | 8200-002 | $12,659.15 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $27,659.15 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Rawlings Company | 4220-000 | NA | $4,000.00 | $4,000.00 | $4,000.00 |
| | Fox Valley Orthopaedic | 4220-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| | Delnor Community Hospital | 4220-000 | NA | $1,779.00 | $1,779.00 | $1,779.00 |
| | Blue Cross Blue Shield of Illinois | 4220-000 | NA | $1,389.97 | $1,389.97 | $1,389.97 |
| | **TOTAL SECURED** | | $0.00 | $8,168.97 | $8,168.97 | $8,168.97 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $20,601.12 | $6,867.04 | $6,867.04 |
| Baldi Berg, Ltd. | 3110-000 | NA | $7,650.00 | $7,650.00 | $7,650.00 |
| Geraci Aerola & Hernandez, LLC | 3210-600 | NA | $16,666.67 | $16,666.67 | $16,666.67 |
| Collison Law Offices | 3220-610 | NA | $1,257.73 | $1,257.73 | $1,257.73 |
| Collison Law Offices | 3210-600 | NA | $16,666.67 | $16,666.67 | $16,666.67 |
| Baldi Berg, Ltd. | 3120-000 | NA | $35.89 | $35.89 | $35.89 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $5.00 | $5.00 | $5.00 |
| International Sureties, Ltd. | 2300-000 | NA | $21.75 | $21.75 | $21.75 |
| Texas Capital Bank | 2600-000 | NA | $222.11 | $222.11 | $222.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $63,126.94 | $49,392.86 | $49,392.86 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Portfolio Recovery Associates | 7100-000 | $0.00 | $3,727.67 | $3,727.67 | $3,727.67 |
| 4 | Portfolio Recovery Associates | 7990-000 | $0.00 | NA | NA | $12.71 |
| 3 | Portfolio Recovery Assoicates, | 7100-000 | $0.00 | $783.72 | $783.72 | $783.72 |
| 3 | Portfolio Recovery Assoicates, | 7990-000 | $0.00 | NA | NA | $2.67 |
| 2 | American InfoSource LP as agent | 7100-000 | $0.00 | $456.99 | $456.99 | $456.99 |
| 2 | American InfoSource LP as agent | 7990-000 | $0.00 | NA | NA | $1.56 |
| 1 | Asset Acceptance LLC assignee | 7100-000 | $0.00 | $9,760.43 | $9,760.43 | $9,760.43 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Asset Acceptance LLC assignee | 7990-000 | $0.00 | NA | NA | $33.27 |
| | 1 American Medical Coll. Agency | | $25.00 | NA | NA | $0.00 |
| | 2 ATI Physical Therapy | | $50.00 | NA | NA | $0.00 |
| | ATI Physical Therapy | | $87.00 | NA | NA | $0.00 |
| | Chase Auto Finance | | $5,810.00 | NA | NA | $0.00 |
| | Dennis Brebner & Assoc | | $574.00 | NA | NA | $0.00 |
| | Equifax | | NA | NA | NA | $0.00 |
| | Experian | | NA | NA | NA | $0.00 |
| | Fox Valley Orthopaedic Institute | | $4,949.00 | NA | NA | $0.00 |
| | GE Capital Retail BANK | | $2,290.00 | NA | NA | $0.00 |
| | I C System INC | | $1,033.00 | NA | NA | $0.00 |
| | Kurt Raack DDS | | $294.00 | NA | NA | $0.00 |
| | North Aurora Dental Associates | | $101.00 | NA | NA | $0.00 |
| | Piza;Migue | | $50,001.00 | NA | NA | $0.00 |
| | Portfolio Recovery & Affil. | | NA | NA | NA | $0.00 |
| | Real Time Resolutions | | $5,810.00 | NA | NA | $0.00 |
| | Sears/CBNA | | $3,727.00 | NA | NA | $0.00 |
| | Secretary of State | | NA | NA | NA | $0.00 |
| | Transunion | | NA | NA | NA | $0.00 |
| | Tri City Radiology SC | | $75.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $74,826.00 | $14,728.81 | $14,728.81 | $14,779.02 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-15690 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | RAMIREZ, BALTAZAR | | | Date Filed (f) or Converted (c): | 04/25/2014 (f) |
| | | | | 341(a) Meeting Date: | 05/19/2014 |
| For Period Ending: | 07/20/2017 | | | Claims Bar Date: | 11/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Checking account with Harris Bank | 10.00 | 0.00 | | 0.00 | FA |
| 2. Household goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 3. Books, CD's, DVD's, Pictures | 50.00 | 0.00 | | 0.00 | FA |
| 4. Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | FA |
| 5. Watch | 65.00 | 0.00 | | 0.00 | FA |
| 6. Pension w/ Employer/Former Employer (100% exempt) | Unknown | 0.00 | | 0.00 | FA |
| 7. Personal injury claim due to a car accident | Unknown | 51,589.19 | | 100,000.00 | FA |
| 8. 2004 Ford F-150 with over 120,000 miles | 3,553.00 | 0.00 | | 0.00 | FA |

**Gross Value of Remaining Assets**

| **TOTALS (Excluding Unknown Values)** | 4,928.00 | 51,589.19 | | 100,000.00 | 0.00 |

Re Prop. #7   Trustee retained special counsel.

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**March 22, 2017:** Trustee negotiated a settlement of the PI Claim as well as resolution of the medical lien claims asserted. The Trustee's motion to approve the proposed settlement and payment of the lien claims and special counsel fees and expenses was approved by this Court on November 21, 2016 [dkt. 25]. Trustee made distribution to the Debtor on account of his allowed exemption and paid administrative claimants and lien claims per the 11/21/16 order. Trustee reviewed and verified the validity of the unsecured claims filed against the Estate. Trustee prepared her TFR.

**October 15, 2016:** Defendant's insurer has offered policy limits and tort feasor deemed uncollectible. Special counsel is resolving subrogation and medical liens. Following lien resolution, Trustee will seek bankruptcy court approval to settle the PI Claim. Upon receipt of the settlement proceeds, Trustee will pay allowed lien and administrative claims. Thereafter, Trustee review claims and prepare to close the case.

**July 5, 2016:** Trustee continues to monitor PI Claim.

**September 30, 2015:** Trustee retained special counsel to pursue the estate's interest in a personal injury claim arising from a pre-petition automobile accident (PI Claim). Special counsel filed a complaint against three defendants to recover damages as a result of the PI Claim. All three defendants have been served. No appearance has been filed. Trustee is monitoring the lawsuit and working with special counsel to liquidate the PI

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 14-15690 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| Case Name: | RAMIREZ, BALTAZAR | | | Date Filed (f) or Converted (c): | 04/25/2014 (f) |
| | | | | 341(a) Meeting Date: | 05/19/2014 |
| For Period Ending: | 07/20/2017 | | | Claims Bar Date: | 11/13/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Claim.**

**Initial Projected Date of Final Report(TFR) :** 12/31/2017    **Current Projected Date of Final Report(TFR) :** 06/30/2017

**Trustee's Signature**    /s/Elizabeth C Berg     **Date:** 07/20/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-15690 | Trustee Name: | Elizabeth C Berg |
| Case Name: | RAMIREZ, BALTAZAR | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5237 Checking Account |
| Taxpayer ID No: | **-***8355 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 7/20/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/07/2016 | [7] | Allstate | Settlement proceeds for PI claim (per order 11/21/16 [dkt 25]) | 1142-000 | 100,000.00 | | 100,000.00 |
| 12/09/2016 | 51001 | Collison Law Offices<br>Robert Fink<br>19 S. LaSalle Street, 14th Floor<br>Chicago, IL 60603 | Special Counsel - Final Compensation Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 3210-600 | | 16,666.67 | 83,333.33 |
| 12/09/2016 | 51002 | Geraci Aerola & Hernandez, LLC<br>c/o Mario Aerola<br>Chicago, IL | Special Counsel - Final Compensation Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 3210-600 | | 16,666.67 | 66,666.66 |
| 12/09/2016 | 51003 | Collison Law Offices<br>Robert Fink<br>19 S. LaSalle Street, 14th Floor<br>Chicago, IL 60603 | Special Counsel - Expenses Reimbursement Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 3220-610 | | 1,257.73 | 65,408.93 |
| 12/09/2016 | 51004 | Blue Cross Blue Shield of Illinois<br>c/o Health Care Service Corp.<br>25552 Network Place<br>Chicago, IL 60673-1255 | Disb of Health Care Lien Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 4220-000 | | 1,389.97 | 64,018.96 |
| 12/09/2016 | 51005 | Delnor Community Hospital<br>c/o Neil J. Greene, LLC<br>250 Parkway Drive, Ste. 160<br>Lincolnshire, IL 60069-4300 | Disb of Health Care Lien Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 4220-000 | | 1,779.00 | 62,239.96 |
| 12/09/2016 | 51006 | Fox Valley Orthopaedic Institute<br>2525 Kaneville Rd<br>Geneva, IL 60134 | Disb of Health Care Lien Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 4220-000 | | 1,000.00 | 61,239.96 |
| | | | Page Subtotals | | 100,000.00 | 38,760.04 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-15690 | | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | RAMIREZ, BALTAZAR | | | Bank Name: | Texas Capital Bank |
| | | | | Account Number/CD#: | ******5237 Checking Account |
| Taxpayer ID No: | **-***8355 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 7/20/2017 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/09/2016 | 51007 | The Rawlings Company<br>Attn: Debra A. Fox<br>Ref 76444285 Subrog Div.<br>P.O. Box 2000<br>LaGrange, KY 40031-2000 | Disb of Health Care Lien - Reference No. 76444285 Allowed and Trustee authorized to pay per order 11/21/16 [dkt 25] | 4220-000 | | 4,000.00 | 57,239.96 |
| 12/09/2016 | 51008 | Ramirez, Baltazar | Debtor's PI Exemption<br>Trustee authorized to pay per order 11/21/16 [dkt 25] | 8100-002 | | 15,000.00 | 42,239.96 |
| 01/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 76.95 | 42,163.01 |
| 02/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 82.21 | 42,080.80 |
| 02/08/2017 | 51009 | International Sureties, Ltd. | 2017 Bond Premium - #016073584 | 2300-000 | | 21.75 | 42,059.05 |
| 03/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 62.95 | 41,996.10 |
| | | | | Page Subtotals | 0.00 | 19,243.86 | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 14-15690 | Trustee Name: Elizabeth C Berg |
| Case Name: RAMIREZ, BALTAZAR | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5237 Checking Account |
| Taxpayer ID No: **-***8355 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 7/20/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/12/2017 | 51010 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | TR Final Compensation | 2100-000 | | 6,867.04 | 35,129.06 |
| 06/12/2017 | 51011 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | TR Expense Reimbursement | 2200-000 | | 5.00 | 35,124.06 |
| 06/12/2017 | 51012 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | TR Attorneys' Final Compensation | 3110-000 | | 7,650.00 | 27,474.06 |
| 06/12/2017 | 51013 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | TR Attorney's Expense Reimbursement | 3120-000 | | 35.89 | 27,438.17 |
| 06/12/2017 | 51014 | Asset Acceptance LLC assignee<br>Sears<br>P. O. Box 2036<br>Warren, MI 48090 | Disb of 100.34% to Claim #1 | | | 9,793.70 | 17,644.47 |
| | | | | (9,760.43) | 7100-000 | | |
| | | | | (33.27) | 7990-000 | | |
| | | | Page Subtotals | | 0.00 | 24,351.63 | |

UST Form 101-7-TDR (10/1/2010) (Page 10)                                                                                      **Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-15690 | Trustee Name: | Elizabeth C Berg |
| Case Name: | RAMIREZ, BALTAZAR | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5237 Checking Account |
| Taxpayer ID No: | **-***8355 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 7/20/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/12/2017 | 51015 | American InfoSource LP as agent for DIRECT TV<br>P. O. Box 51178<br>Los Angeles, CA 90051-5478 | Disb of 100.34% to Claim #2 | | | 458.55 | 17,185.92 |
| | | | (456.99) | 7100-000 | | | |
| | | | (1.56) | 7990-000 | | | |
| 06/12/2017 | 51016 | Portfolio Recovery Assoicates, LLC Successor to Synchrony Bank (Care Credit)<br>POB 41067<br>Norfolk, VA 23541 | Disb of 100.34% to Claim #3 | | | 786.39 | 16,399.53 |
| | | | (783.72) | 7100-000 | | | |
| | | | (2.67) | 7990-000 | | | |
| 06/12/2017 | 51017 | Portfolio Recovery Associates LLC Successor to Citibank<br>P. O. Box 41067<br>Norfolk, VA 23541 | Disb of 100.34% to Claim #4 | | | 3,740.38 | 12,659.15 |
| | | | (3,727.67) | 7100-000 | | | |
| | | | (12.71) | 7990-000 | | | |
| | | | Page Subtotals | | 0.00 | 4,985.32 | |

UST Form 101-7-TDR (10/1/2010) (Page 11)

Exhibit 9

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 14-15690 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | RAMIREZ, BALTAZAR | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5237 Checking Account |
| Taxpayer ID No: | **-***8355 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 7/20/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/12/2017 | 51018 | RAMIREZ, BALTAZAR<br>1710 Lily Street<br>AURORA, IL 60505 | Disb of 100.00% to Claim #9999<br>Debtor Refund | 8200-002 | | 12,659.15 | 0.00 |
| | | | Page Subtotals | | 0.00 | 12,659.15 | |

| | | | |
|---|---|---|---|
| | **COLUMN TOTALS** | 100,000.00 | 100,000.00 |
| | Less:Bank Transfer/CD's | 0.00 | 0.00 |
| | **SUBTOTALS** | 100,000.00 | 100,000.00 |
| | Less: Payments to Debtors | | 27,659.15 |
| | **Net** | 100,000.00 | 72,340.85 |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 100,000.00 | | |
| All Accounts Gross Disbursements: | 100,000.00 | | |
| All Accounts Net: | 0.00 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5237 Checking Account | 100,000.00 | 87,340.85 | |
| **Net Totals** | 100,000.00 | 87,340.85 | 0.00 |